# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160101(107)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEWIS THREATT,
      Defendant-Appellant.
_____/

SC: 160101
COA: 339432
Wayne CC: 17-001583-FC

On order of the Chief Justice, the third motion of defendant-appellant to extend the time for filing an amended application for leave to appeal is GRANTED. The amended application will be accepted for filing if submitted on or before January 13, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2020



Clerk